

# Fourth Court of Appeals
## San Antonio, Texas

March 10, 2015

No. 04-14-00542-CV

**CITY OF LEON VALLEY**, Texas, Unknown Employee(s) of City of Leon Valley, and Irene Baldridge,
Appellants

v.

**WM. RANCHER ESTATES JOINT VENTURE**, Rafael Alfaro, Jose Alfaro, Carman Alfaro, Daniel Bee, Robert Caldwell, Anne Caldwell, Earl Doderer, Sylvia Doderer, James Dowdy, Betty Dowdy, Issac Elizondo, Suzanne Elizondo, Roberto Galindo, Erma Galindo, Et al.,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-03399
Honorable Laura Salinas, Judge Presiding

## O R D E R

The Appellee's Motion for Leave to File Brief is GRANTED.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of March, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court